Isaac N. Sutphin, P.C. (Wyo. State Bar #6-3711)
Colton R. Edwards (Wyo. State Bar #8-7289)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
INSutphin@hollandhart.com
CREdwards@hollandhart.com

*ATTORNEYS FOR PLAINTIFF*
*KVW CONSULTING, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

KVW CONSULTING, LLC, a Kentucky limited liability company,

Plaintiff,

v.

TERRA MINT GROUP, CORP. d/b/a REALBRICKS, a Wyoming corporation; and CHRISTOPHER R. GERARDI, an individual,

Defendants.

Civil Action No. 26-cv-295

**PRECIPE**

TO THE CLERK OF THIS SAID COURT:

Please issue a Summons in the above-entitled cause for:

Terra Mint Group, Corp.
c/o Registered Agents Inc.
30 N. Gould St., STE R
Sheridan, WY 82801

Christopher R. Gerardi
84638 Dun Rd.
Hadar, NE 68701-5890

DATED: October 15, 2026.

*/s/ Isaac N. Sutphin*

Isaac N. Sutphin, P.C. (Wyo. State Bar #6-3711)
Colton R. Edwards (Wyo. State Bar #8-7289)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
INSutphin@hollandhart.com
CREdwards@hollandhart.com

ATTORNEYS FOR PLAINTIFF
KVW CONSULTING, LLC

39921279_v1